DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
VICENTE HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-10-00402 JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **TO CONTINUE STATUS CONFERENCE** |
| ) | **AND TO EXCLUDE TIME** |
| VICENTE HERNANDEZ-GARCIA, ) | |
| ) | Date:  December 14, 2010 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: John A. Mendez. |
| _____ ) | |

 IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, VICENTE HERNANDEZ-GARCIA, that the status conference hearing date of Tuesday, November 9, 2010, be vacated and a new status conference hearing date of **Tuesday, December 14, 2010, at 9:30 a.m.** be set.

 The reason for this continuance is because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition. In addition, defense counsel will be unavailable as he will be out of the office on sick leave.

 Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 14, 2010, pursuant to

/ / /

/ / /

18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  November 5, 2010

                                                   Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                 Federal Defender

                                                 */s/ Matthew C. Bockmon*
                                                 MATTHEW C. BOCKMON
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 VICENTE HERNANDEZ-GARCIA

Dated:  November 5, 2010                     BENJAMIN B. WAGNER
                                                 United States Attorney

                                               */s/ Matthew C. Bockmon for*
                                               MICHELE BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including December 14, 2010, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: November 5,  2010

                                               /s/ John A. Mendez
                                               JOHN A. MENDEZ
                                               United States District Judge