DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICENTE HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICENTE HERNANDEZ-GARCIA,<br><br>　　　　　Defendant. | NO. CR-S-10-00402 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date: January 25, 2011<br>Time: 9:30 a.m.<br>Judge: John A. Mendez. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, VICENTE HERNANDEZ-GARCIA, that the status conference hearing date of Tuesday, December 14, 2010, be vacated and a new status conference hearing date of **Tuesday, January 25, 2011, at 9:30 a.m.** be set.

　　　The reason for this continuance is because additional time is needed for consideration of the forthcoming pre-plea presentence report and for possible plea agreement.

///

///

///

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 25, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  December 13, 2010

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

                */s/ Matthew C. Bockmon*
                MATTHEW C. BOCKMON
                Assistant Federal Defender
                Attorney for Defendant
                VICENTE HERNANDEZ-GARCIA

Dated:  December 13, 2010        BENJAMIN B. WAGNER
                United States Attorney

                */s/ Matthew C. Bockmon for*
                MICHELE BECKWITH
                Assistant U.S. Attorney
                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and including January 25, 2011, in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  December 13, 2010

                /s/ John A. Mendez
                JOHN A. MENDEZ
                United States District Judge