DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
VICENTE HERNANDEZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-00402 JAM |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND  ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME** |
| VICENTE HERNANDEZ-GARCIA, | ) | Date:   March 8, 2011 |
| Defendant. | ) | Time:  9:30 a.m. |
| | ) | Judge: John A. Mendez. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michele Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Matthew C. Bockmon, Assistant Federal Defender, attorney for Defendant, VICENTE HERNANDEZ-GARCIA, that the status conference hearing date of Tuesday, February 15, 2011, be vacated and a new status conference hearing date of **Tuesday, March 8, 2011, at 9:30 a.m.** be set.

The reason for this continuance is because defense counsel needs additional time to visit and review the pre plea report with the client at the Butte County jail.

/ / /

/ / /

/ / /

1   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be

2   excluded from the date of signing of this order through and including March 8, 2011, pursuant to

3   18 U.S.C. §3161 (h)(7)(B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of

4   counsel and defense preparation.

5

6   Dated:  February 14, 2011

7                                                          Respectfully submitted,

8                                                          DANIEL J. BRODERICK
                                                           Federal Defender
9

10                                                         /s/ Matthew C. Bockmon
                                                           MATTHEW C. BOCKMON
11                                                         Assistant Federal Defender
                                                           Attorney for Defendant
12                                                         VICENTE HERNANDEZ-GARCIA

13

14   Dated:  February 14, 2011                            BENJAMIN B. WAGNER
                                                           United States Attorney
15

16                                                         /s/ Matthew C. Bockmon for
                                                           MICHELE BECKWITH
17                                                         Assistant U.S. Attorney
                                                           Attorney for Plaintiff
18

19
                                          **O R D E R**
20
           **IT IS SO ORDERED.**  Time is excluded from today's date through and including March 8, 2011,
21
22   in the interests of justice pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local

23   Code T4.

24

25   Dated: February 14,  2011

26

27                                                         /s/ John A. Mendez
                                                           JOHN A. MENDEZ
28                                                         United States District Judge